

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2022

No. 04-22-00028-CR

Matthew **ROSE,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. CRW1910200
Honorable Lynn Ellison, Judge Presiding

# O R D E R

Appellant's brief was originally due on June 15, 2022. We granted appellant's first motion for an extension of time and extended the deadline to July 18, 2022. On July 4, 2022, appellant filed a second motion requesting an additional sixty days to file his brief. Appellant's motion is GRANTED IN PART. Appellant's brief is due on or before **August 15, 2022.** No further extensions of time will be allowed absent extenuating circumstances.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court